FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2021

No. 04-20-00226-CV

Abelardo G. **GONZALEZ**, Individually and as Next Friend of M.A.G. and Z.A.G.,
Appellant

v.

Alberto J. **GONZALEZ**, Sergio R. Gonzalez, Rosalinda Gonzalez, and Diana Gonzalez,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH001007D3
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Lori I. Valenzuela, Justice

Appellant's Motion for Temporary Order Under TRAP Rule 24.4(c) is denied.

It is so **ORDERED** March 1, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT